No. 874.   ANDREWS v. OHIO.   April 1, 1946.   Petition for writ of certiorari to the Supreme Court of Ohio denied. *Sol Goodman* for petitioner.   *Carson Hoy* for respondent.

No. 875.   TUCSON GAS, ELECTRIC LIGHT & POWER CO. v. TUCSON.   April 1, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *George R. Darnell* for petitioner.   *Thos. J. Elliott* for respondent.

No. 878.   STATE OF WASHINGTON ET AL. v. MARICOPA COUNTY ET AL.   April 1, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Smith Troy*, Attorney General of Washington, *David M. Wood* and *J. L. Gust* for petitioners. *John L. Sullivan*, Attorney General of Arizona, *Leslie C. Hardy* and *George Herrington* for respondents.

No. 879.   MAGNOLIA PETROLEUM CO. v. THOMAS, COLLECTOR OF INTERNAL REVENUE.   April 1, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Walace Hawkins, Homer Hendricks* and *Raymond M. Myers* for petitioner.   *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *William Robert Koerner* for respondent.

No. 880.   ALKER ET AL. v. FEDERAL DEPOSIT INSURANCE CORP.   April 1, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Allen J. Levin* and *Stanley Folz* for petitioners.   *James M. Kane, Allen S. Olmsted, 2nd*, and *Irving H. Jurow* for respondent.